IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JAMES LEE BALLARD,

    Plaintiff,

v.                                        Case No. 1:23-cv-24-AW-MJF

JOHN LYON BROLING,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's February 14 report and recommendation. ECF No. 7. There has been no objection. I agree with the magistrate judge that Plaintiff is a three-striker. I now adopt the report and recommendation and incorporate it into this order. Plaintiff's motion for leave to proceed *in forma pauperis* (ECF No. 3) is DENIED. The clerk will enter a judgment that says, "This case is dismissed without prejudice pursuant to 28 U.S.C. § 1915(g)."

The motion for counsel (ECF No. 8) is DENIED as moot. The clerk will close the file.

SO ORDERED on March 20, 2023.

                                              s/ *Allen Winsor*
                                              United States District Judge